UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL EUGENE THRASH
        Petitioner
    v.                                **Judgment in a Civil Case**
GEORGE KENWORTHY; ALVIN W. KELLER
        Respondents            Case Number: 5:09-HC-2148-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss is granted and this action is hereby dismissed as time-barred.

This Judgment Filed and Entered on February 16, 2011, with service on:
Michael Eugene Thrash 0408034, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

February 16, 2011                                /s/ Dennis P. Iavarone
                                                      Clerk

Raleigh, North Carolina